**MICHAEL L. BROWN**
**Law Office of Michael L. Brown**
222 North Court
Tucson, Arizona
85701
Ph.  (520)322-8180
mlbtucson@aol.com
Attorney No. 016399
Attorney for Defendant Antone

*MICHAEL L. BROWN*
222 North Court
Tucson, Arizona 85701
520-322-8180 /Fax No. 318-0201

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES, | ) | CR15-1291-TUC-CKJ(JR) |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | **AND PLEA DEADLINE** |
| vs. | ) | **(**Defendant out of Custody) |
| | ) | |
| BEVERLY MARIE ANTONE, | ) | |
| | ) | (First Request – No Objection) |
| Defendant. | ) | |
| _____ | ) | (Honorable Jennifer G. Zipps) |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

The Defendant, BEVERLY MARIE ANTONE, through undersigned counsel, Michael L. Brown of the Law Office of Michael L. Brown, hereby moves this Court for an Order continuing the time now set for Trial in this matter on September 1, 2015 and the change of plea deadline for not less than 60 days for the following reasons.

The Defendant seeks a continuance to obtain and review the Government's case and disclosure and to engage in case investigation, preparation of the case for trial and for to allow time for negotiations for a potential non-trial resolution of this matter.   Additionally, case disclosure is voluminous and ongoing.  This motion is not made for the purposes of delay.  The interests of justice

1   are served by granting the Defendant's request to continue the trial and change of plea deadline.

2        Counsel for the co-defendants, Francisco Antone, Violet Anselmo, Willetta Jones and the

3   Assistant United States Attorney, Sarah Houston have all been contacted and have no objection to

4   the instant Motion.

5        For the foregoing reason, the Defendant respectfully requests that the dates indicated herein

6   are continued for not less than 60 days.

7

8        **RESPECTFULLY SUBMITTED** this __11th__ day of August 2015.

9                                    LAW OFFICE OF MICHAEL L. BROWN

10                                   s/ Michael L. Brown

11                                   _____
                                     Michael L. Brown
                                     Counsel for Defendant

12

13   Original of the foregoing filed this date
     With the Clerk of the U.S. District Court

14   District of Arizona – Tucson

15   A copy of the foregoing electronically
     delivered this date to:

16
     Sarah Houston

17   Assistant U.S. Attorney

18   Nicki Dicampli
     Counsel for Antone

19
     Elias Daminakos

20   Counsel for Anselmo

21   Chris Scileppi
     Counsel for Jones

22
     U.S. Pretrial Services

23

24

*MICHAEL L. BROWN*
222 North Court
Tucson, Arizona 857o1
520-322-8180 /Fax No. 318-0201

2